NAT FRIEDMAN & SON, INC., Respondent, *v.* THE CITY OF NEW YORK, Appellant.

(Argued October 10, 1933; decided October 24, 1933.)

*Arthur J. W. Hilly, Corporation Counsel* (*William H. King* and *Isaac Phillips* of counsel), for appellant.
*David Segal* for respondent.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.